UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/29/17
```

-----------------------------------------------------------------X

JOEL ROSENFELD, *on Behalf of Himself,*
*and All Others Similarly Situated*                     :
                                                        :
                                                        :
                          Plaintiff,                    :
                                                        :
              -against-                                 :
                                                        :
KATE SPADE & COMPANY, et al.,                           :
                                                        :
                          Defendants.                   :
-----------------------------------------------------------------X
CHAILE STEINBERG, *on Behalf of Herself,*
*and All Others Similarly Situated*                     :
                                                        :
                                                        :
                          Plaintiff,                    :
                                                        :
              -against-                                 :
                                                        :
KATE SPADE & COMPANY, et al.,                           :
                                                        :
                          Defendants.                   :
-----------------------------------------------------------------X
HEATHER GARCIA, *on Behalf of Herself,*
*and All Others Similarly Situated*                     :
                                                        :
                                                        :
                          Plaintiff,                    :
                                                        :
              -against-                                 :
                                                        :
KATE SPADE & COMPANY, et al.,                           :
                                                        :
                          Defendants.                   :
-----------------------------------------------------------------X
ALFREDO JAUREGUI, *on Behalf of Himself,*
*and All Others Similarly Situated*                     :
                                                        :
                                                        :
                          Plaintiff,                    :
                                                        :
              -against-                                 :
                                                        :
KATE SPADE & COMPANY, et al.,                           :
                                                        :
                          Defendants.                   :
-----------------------------------------------------------------X

## ORDER

17 Civ. 4085 (RMB) (KHP)

17 Civ. 4155 (RMB) (KHP)

17 Civ. 4177 (RMB) (KHP)

17 Civ. 4205 (RMB) (KHP)

The conference currently scheduled for Monday, July 10, 2017, at 9:30 a.m. is hereby rescheduled to the same date, at 3:00 p.m. in Courtroom 17B of the Daniel Patrick Moynihan Courthouse at 500 Pearl Street, New York, New York 10007.

Dated: New York, New York
      June 29, 2017



RICHARD M. BERMAN, U.S.D.J.