LAW OFFICES
# BRODSKY & SMITH, LLC

**240 MINEOLA BLVD**
**MINEOLA, NY 11501**

516.741.4977
FAX 516.741.0626
www.brodsky-smith.com

PENNSYLVANIA OFFICE
TWO BALA PLAZA, SUITE 510
BALA CYNWYD, PA 19004
610.667.6200

CALIFORNIA OFFICE
9595 WILSHIRE BLVD, SUITE 900
BEVERLY HILLS, CA 90212
310.300.8425

NEW JERSEY OFFICE
1040 KINGS HIGHWAY NORTH, STE 601
CHERRY HILL, NJ 08034
856.795.7250

July 6, 2017

**VIA ECF**

Honorable Richard M. Berman
United States District Court –
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

        **Re:**    *Rosenfeld v. Kate Spade & Co., et al., No. 17cv4085 – RMB*
                  *Steinberg v. Kate Spade & Co., et al., No. 17cv4155 – RMB*
                  *Garcia v. Kate Spade & Co., et al., No. 17cv4177– RMB*
                  *Jauregui v. Kate Spade & Co., et al., No. 17cv4205– RMB*

Dear Judge Berman:

      We represent Plaintiff Alfredo Jauregui, one of the plaintiffs in the above-referenced actions and write this letter on behalf of all plaintiffs in the above-referenced actions. In each action, the plaintiff has filed a stipulation of dismissal. Based on these developments, all plaintiffs and defendants respectfully request that the conference scheduled for July 10, 2017 at 3:00pm be taken off-calendar. If your Honor has any questions, please advise.

Respectfully,

Evan J. Smith

EJS:da
cc.    Andrew Gordon, Esquire
       Scott Luftglass, Esquire
       Juan Monteverde, Esquire
       Richard Acocelli, Esquire
       Brian D. Long, Esquire